IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | No. 08-03770 CW |
|     Petitioner, | ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
|     v. | |
| A HEDGPETH, | |
|     Defendant. | |

On August 6, 2008, Petitioner Horace Bell, an inmate at Kern Valley State Prison (KVSP) in Delano, California, filed a petition for writ of mandamus.  On June 12, 2009, the Court issued an Order of Dismissal with Leave to Amend in which it stated that it could not fairly evaluate the petition in its present state and that it was not apparent that Petitioner intended to file a petition for writ of habeas corpus rather than a civil rights complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement.  The Court noted that Petitioner is incarcerated at KVSP which lies within the venue of the Eastern District of California and that claims seeking damages from KVSP employees for violating Petitioner's civil rights must be filed in the United States District Court for the Eastern District of California.  The Court dismissed the petition with leave to amend.

on January 14, 2010, after being granted an extension of time, Petitioner filed an amended petition. On February 22, 2010, he filed a summary of exhibits for the amended petition. Where the form petition requires the listing of all claims, Petitioner has written: claim one, cruel and unusual punishment; claim two, inhumane oppressive treatment; and claim three, discrimination under the Americans with Disabilities Act. Petitioner indicates that further detail is provided in the attached documents. The exhibits indicate that these three claims address the conditions of Petitioner's confinement at KVSP.

Plaintiff's claims regarding the deprivation of his civil rights at KVSP are properly brought in the Eastern District of California. See 28 U.S.C. § 1391(b). Plaintiff's case is, therefore, transferred to the Eastern District. See In re Hall, 939 F.2d 802, 804 (9th Cir. 1991) (district court has discretion to either transfer or dismiss without prejudice claims brought in wrong venue). The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: 4/19/2010

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HORACE BELL,

        Plaintiff,

v.

A HEDGPETH et al,

        Defendant.

Case Number: CV08-03770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Horace A. Bell #J-42454
Kern Valley State Prison
C4-120
P O Box 6000
Delano, CA 93216

Dated: April 19, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3